UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                                        Criminal No. 05-CR-80955-DT-31
                                                                Honorable Avern Cohn

D-31 RONALD CANYON

    Defendant.
_____/

**ORDER AUTHORIZING INTERLOCUTORY SALE OF
ONE 2004 BENTLEY CONTINENTAL VIN: SCBCR63W54C021441**

This matter having come before this Court pursuant to the United States of America's motion for order authorizing interlocutory sale of one 2004 Bentley Continental VIN: SCBCR63W54C021441 and the defendant having failed to file a response, +

IT IS HEREBY ORDERED THAT:

One 2004 Bentley Continental VIN: SCBCR63W54C021441 is to be sold and the proceeds of the sale are to be held by the United States Marshals Service ("USMS") in escrow pending the conclusion of the criminal case. The interlocutory sale of the Subject Vehicle should pay first, from the sale proceeds, the lien of VW Credit Leasing, Inc. Any additional amount is to be held by the USMS pending final judgment in this case.

                                                          s/Avern Cohn
                                                          HONORABLE AVERN COHN
Dated: May 31, 2007                                 United States District Judge